Abran E. Vigil, Esq.
Nevada Bar. No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar. No. 14051
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; TRAIL RIDGE COMMUNITY ASSOCIATION, a Nevada non-profit corporation; LIZZY HOLBROOK, an individual. <br><br> Defendants. | Case No. 2:17-CV-00334-RFB-PAL <br><br> **STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES BY 30 DAYS** <br><br> (First Request) |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counterclaimant/Cross-Claimant, <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A.; LIZZY HOLBROOK, an individual, <br><br> Counter-Defendant/Cross-Defendant. | |

DMWEST #17171769 v1

Pursuant to LR IA 6-1 and LR 26-4, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR"), and Defendant Trail Ridge Community Association ("Trail Ridge"),[1] by and through their respective counsel of record, stipulate and request that this Court extend discovery and dispositive motion deadlines in the above-captioned case for 30 days, to permit the parties to efficiently complete party depositions and outstanding written discovery. The parties have conferred and agree that this brief extension is the most reasonable, most economical, and least burdensome way to complete discovery in this case.

This is the parties' first request for an extension to the scheduling order deadlines, which were submitted in compliance with LR 26-1. The parties make this request in good faith and not for purposes of delay.

A. <u>Discovery Completed to Date</u>

To date, Chase has served the following discovery: initial disclosures; initial expert disclosure; requests for production to SFR; interrogatories to SFR; notice of Rule 30(b)(6) deposition of SFR; requests for production to Trail Ridge; interrogatories to Trail Ridge; notice of Rule 30(b)(6) deposition of Trail Ridge; subpoena to produce documents on non-party Alessi & Koenig, LLC; and subpoena to testify at a deposition on non-party Alessi & Koenig, LLC.

To date, SFR has served the following discovery: initial disclosures.

To date Trail Ridge has served the following discovery: initial disclosures.

B. <u>Specific Description of Discovery that Remains to be Completed</u>

Chase is awaiting responses to the discovery requests it served, and SFR anticipates that it will soon be serving discovery requests upon Chase. In addition,

---

[1] Although Defendant/Cross-Defendant Lizzy Holbrook waived service of the Summons and Complaint in this litigation (*see* ECF No. 7), Ms. Holbrook has not otherwise appeared, and therefore, this stipulation and order is submitted without her signature.

DMWEST #17171769 v1

they are working to schedule party and non-party depositions. Chase has scheduled the deposition of non-party Alessi & Koenig, LLC for November 27, 2017 and of Defendant Trail Ridge for November 28, 2017 and of Defendant SFR for November 29, 2017. SFR has also noticed a Rule 30(b)(6) deposition of Chase. As discussed below, however, the parties seek to schedule Chase's deposition and to reschedule to occur after the current discovery cutoff of November 29, 2017.[2]

C. <u>Good Cause Exists for the Requested Extension</u>

Good cause exists for the requested extension, as it will provide time for the parties to complete written discovery and schedule depositions in a way that minimizes burden and increases efficiency. SFR has noticed Chase's deposition for November 29, 2017, but Chase's Rule 30(b)(6) designee is unavailable on this date because the designee will be testifying in five other depositions in similar lawsuits involving Chase and SFR, on not only November 29 but also on November 28 and 30. The parties have met and conferred about rescheduling Chase's deposition in this lawsuit to take place during the week of December 11-15, 2017, when the Chase designee will be available and again in Las Vegas. This approach will significantly minimize the cost and burden to the witness. This is the parties' first request to extend the standard, 180-day discovery period in this case, and they seek only a brief 30-day extension. The parties have diligently engaged in discovery to date and seek this extension in good faith.

///

///

///

///

///

---

[2] The parties further reserve their rights to meet and confer and, if necessary, engage in motion practice regarding any discovery issues that may arise.

3

D. <u>Proposed Discovery Deadlines</u>

The parties request an order extending the close of discovery, the deadline to file dispositive motions, and the deadline to file a pre-trial order by 30 days.

| Event | Current Deadline[3] | New Deadline |
|---|---|---|
| Close of Discovery | November 29, 2017 | December 29, 2017 |
| Dispositive Motions | December 29, 2017 | January 29, 2018 |
| Pre-Trial Order | January 29, 2018 | March 1, 2018 |

*[continued on next page]*

---

[3] *See* Scheduling Order, ECF No. 24.

4

DMWEST #17171769 v1

This extension is reasonable and necessary given the good cause set forth above.

**IT IS SO STIPULATED.**

Dated: November 8, 2017

| | |
|---|---|
| BALLARD SPAHR LLP | KIM GILBERT EBRON |
| By: /s/ Maria A. Gall<br>   Abran E. Vigil, Esq.<br>   Nevada Bar. No. 7548<br>   Maria A. Gall, Esq.<br>   Nevada Bar No. 14200<br>   Lindsay C. Demaree, Esq.<br>   Nevada Bar No. 11949<br>   Kyle A. Ewing, Esq.<br>   Nevada Bar. No. 14051<br>   100 North City Parkway, Suite 1750<br>   Las Vegas, Nevada 89106 | By: /s/ Diana S. Ebron<br>   Diana S. Ebron, Esq.<br>   Nevada Bar No. 10580<br>   Jacqueline A. Gilbert, Esq.<br>   Nevada Bar No. 10593<br>   Karen L. Hanks, Esq.<br>   Nevada Bar No. 9578<br>   7625 Dean Martin Dr., Suite 110<br>   Las Vegas, Nevada 89139 |
| *Attorneys for Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A.* | *Attorneys for Defendant/Counter-Claimant/Cross-Claimant SFR Investments Pool 1, LLC* |

BOYACK ORME & ANTHONY

By: /s/ Christopher B. Anythong
   Edward D. Boyack, Esq.
   Nevada Bar No. 5229
   Adam J. Breeden, Esq.
   Nevada Bar No. 8768
   Christopher B. Anthony
   Nevada Bar No. 9748
   7432 W. Sahara Ave., Ste. 101
   Las Vegas, Nevada 89117

*Attorneys for Trail Ridge Community Association*

**ORDER**

**IT IS SO ORDERED:**

/s/ *[signature]*
UNITED STATES MAGISTRATE JUDGE

DATED: November 14, 2017

DMWEST #17171769 v1

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2017, a true copy of the foregoing **STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES BY 30 DAYS** was served via U.S. Mail, postage-pre-paid on the following:

Lizzy Holbrook
9220 Red Knoll
Las Vegas, Nevada 89113

/s/ Mary Kay Carlton
An Employee of Ballard Spahr LLP

DMWEST #17171769 v1