Abran E. Vigil, Esq.
Nevada Bar. No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Justin A. Shiroff, Esq.
Nevada Bar. No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; TRAIL RIDGE COMMUNITY ASSOCIATION, a Nevada non-profit corporation; LIZZY HOLBROOK, an individual.<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; LIZZY HOLBROOK, an individual,<br><br>Counter-Defendant/Cross-Defendant. | Case No. 2:17-CV-00334-RFB-PAL<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS BETWEEN JPMORGAN CHASE BANK, N.A., SFR INVESTMENTS POOL 1, LLC, AND TRAIL RIDGE COMMUNITY ASSOCIATION WITH PREJUDICE AND STIPULATION AND ORDER TO LIFT STAY ENTERED MARCH 23, 2018** |

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-defendant JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counterclaimant SFR Investment

Pools 1, LLC ("SFR"), and Defendant Trail Ridge Community Association ("Association") (collectively, the "Parties") hereby stipulate as follows:

1. This action concerns title to real property commonly known as 9220 Red Knoll Street, Las Vegas, Nevada 89113 (the "Property") following a homeowner's association foreclosure sale conducted on September 25, 2013, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20120717-0001802 (the "Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties to this Stipulation have settled and agreed to release their respective claims, and further agreed that the claims between them, including the Complaint and Counterclaim, shall be DISMISSED with prejudice.

4. As Lizzy Holbrook did not appear in this action, Chase hereby voluntarily dismisses its claims against her pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

5. This Stipulation in no way affects SFR's cross-claim against Lizzy Holbrook.

6. The Parties further stipulate and agree that the two Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instruments Number 20170331-0003202 and 20170807-0001430 be, and the same hereby are, EXPUNGED.

7. The Parties further stipulate and agree that the $500 in security costs posted by Chase on June 22, 2017 pursuant to this Court's Order [ECF No. 18] shall be discharged and released to the Ballard Spahr LLP Trust Account.

8. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder;

9. The Parties further agree to lift the stay entered March 23, 2018 [ECF No. 47].

2

DMWEST #36249658 v1

10. This case shall remain open until such time as SFR resolves its pending cross-claim against Lizzy Holbrook, and

11. Each party in this case number 2:17-cv-00334-RFB-PAL shall bear its own attorneys' fees and costs.

Dated: January 9, 2019

BALLARD SPAHR LLP

By: /s/ Justin A. Shiroff
    Abran E. Vigil, Esq.
    Nevada Bar. No. 7548
    Maria A. Gall, Esq.
    Nevada Bar No. 14200
    Lindsay C. Demaree, Esq.
    Nevada Bar No. 11949
    Justin A. Shiroff, Esq.
    Nevada Bar. No. 12869
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

*Attorneys for Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A.*

BOYACK ORME & ANTHONY

By: /s/ Patrick A. Orme
    Edward D. Boyack, Esq.
    Nevada Bar No. 5229
    Patrick A. Orme, Esq.
    Nevada Bar No. 7853
    Adam J. Breeden, Esq.
    Nevada Bar No. 8768
    7432 W. Sahara Ave., Suite 101
    Las Vegas, Nevada 89117

*Attorneys for Trail Ridge Community Association*

KIM GILBERT EBRON

BY: /s/ Jacqueline A. Gilbert
    Diana S. Ebron
    Nevada Bar No. 10580
    Jacqueline A. Gilbert
    Nevada Bar No. 10593
    Karen L. Hanks
    Nevada Bar No. 9578
    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 10th day of January, 2019.

DMWEST #36249658 v1