AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

JPMORGAN CHASE BANK, N.A.

          Plaintiff,

  v.

SFR INVESTMENTS POOL 1, LLC., et al.,

          Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-00334-RFB-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Default Judgment is entered Against Cross Defendant Lizzy Holbrook, in favor of SFR Investments Pool 1, LLC, Cross Claimant.

| | |
|---|---|
| 3/30/2021 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ D. Reich-Smith |
| | Deputy Clerk |